UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **BUILDING SERVICE 32BJ HEALTH FUND,**<br>　　　　　　**Plaintiff,**<br><br>　　　　-against-<br><br>**GATEWAY SERCURITY, INC.,**<br>　　　　　　**Defendant.** | **22-CV-1592 (ALC)(OTW)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:  December 23, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**